UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A.C.,

                          Plaintiff,              **ORDER**

             -against-                            25 Civ. 6812 (AEK)

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                          Defendant.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        Now that the government shutdown has concluded, the Clerk of Court is hereby directed

to lift the stay in this matter.  In accordance with the Standing Order that was docketed in this

case on October 16, 2025, *see* ECF No. 7, and Rules 4, 6, 7, and 8 of the Supplemental Rules for

Social Security Actions Under 42 U.S.C. § 405(g), the schedule for the parties' submissions is

automatically adjusted as follows:

> (1)   The Commissioner must file a certified copy of the administrative record by
>       **December 2, 2025**.
>
> (2)   Plaintiff's brief must be filed by **January 2, 2026**.
>
> (3)   Defendant's brief must be filed by **February 2, 2026**.
>
> (3)   Plaintiff's reply, if any, must be filed by **February 17, 2026**.

Dated:  November 13, 2025
        White Plains, New York

                          **SO ORDERED.**

                          _____
                          ANDREW E. KRAUSE
                          United States Magistrate Judge